UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag No. **23-11153** |
| v. | Hon. André M. Espinosa |
| JOHN DESALVO | **SEALING ORDER** |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Anthony P. Torntore, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date, and for good cause shown,

IT IS on this 22nd day of August, 2023,

ORDERED that the Complaint, Arrest Warrant, and all related documents, except as necessary to effectuate the arrest of the defendant, be and hereby are sealed until the arrest of the defendant or until further Order of this Court.

_____
Honorable André M. Espinosa
United States Magistrate Judge